No. 8,252. LOUIS R. BRITT, Respondent, *v.* COTTER BUTTE MINES, INC., et al., Appellants.

Decided September 8, 1941.

PER CURIAM.—Notice of appeal and undertaking on appeal in the above entitled cause having been filed in the trial court on April 15, 1940, and no record on appeal having been filed or other appearance made by appellants in this court, and respondent having filed and given appellants notice of his motion to dismiss the appeal for appellants' laches, the said motion is hereby granted and the appeal ordered dismissed.

*Messrs. H. L. Maury, A. G. Shone* and *Baxter Larson,* for Respondent.

*Mr. W. D. Kyle,* for Appellants.